UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

REGINALD WILSON, et al.,  )
                          )
        Plaintiff,        )
                          )
v.                        )   No. 4:07CV854 SNL
                          )
CITY OF ST. LOUIS, et al, )
                          )
        Defendants.       )

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Mail from the Court to plaintiff William Richardson was returned without a forwarding address on May 14 and May 21, 2007. Because more than thirty days have past since Richardson's mail was returned and Richardson has not provided the Court with a forwarding address, the Court shall dismiss Wilson from this action pursuant to Local Rule 2.06(B).

Accordingly,

**IT IS HEREBY ORDERED** that Richardson is **DISMISSED,** without prejudice, from this action.

Dated this 29th day of June, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE